1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA  95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   SERGIO MARTINEZ-ROSAS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,          )   Case No. 12-cr-189 JAM
                                        )
11                      Plaintiff,      )   STIPULATION AND ORDER TO CONTINUE
                                        )   STATUS CONFERENCE AND TO EXCLUDE
12        v.                            )   TIME
                                        )
13   SERGIO MARTINEZ-ROSAS,             )   Date:   June 10, 2014
                                        )   Time:   9:30 a.m.
14                      Defendant.      )   Judge:  Honorable John A. Mendez
                                        )
15

16
            It is hereby stipulated and agreed to by and between the United States of America,
17
     through NIRAV DESAI, Assistant U.S. Attorney, and defendant, SERGIO MARTINEZ-
18
     ROSAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the
19
     status conference for Tuesday, May 20, 2014 be vacated, and a new status conference date of
20
     Tuesday, June 10, 2014, at 9:30 a.m., be set.
21
            The reason for the continuance is to permit counsel to continue in negotiations with the
22
     prosecution in attempt to reach a resolution and to meet with the defendant to discuss various
23
     resolutions.
24
            It is further stipulated that the time period from the date of this stipulation, May 19, 2014,
25
     through and including the date of the new status conference hearing, June 10, 2014, shall be
26
     excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4,
27
     due to the need to provide defense counsel with the reasonable time to prepare, and that the ends
28

     Stipulation to Continue Status Conference          -1-          *US v. Martinez-Rosas*, 12-189 JAM

1    of justice to be served by granting the continuance outweigh the best interests of the public and

2    the defendant in a speedy trial.

3    DATED: May 19, 2014

                                          Respectfully submitted,
4

                                          HEATHER E. WILLIAMS
5                                         Federal Defender

6

7                                         /s/ Matthew C. Bockmon
                                          MATTHEW C. BOCKMON
8                                         Assistant Federal Defender
                                          Attorney for SERGIO MARTINEZ-ROSAS
9

10   DATED: May 19, 2014                  BENJAMIN B. WAGNER
                                          United States Attorney
11

12                                        /s/ Matthew C. Bockmon for
                                          NIRAV DESAI
13                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
14

15                                    **ORDER**

16          Based on the reasons set forth in the stipulation of the parties filed on May 19, 2014, and

17   good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT

18   IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 20,

19   2014, be vacated and that the case be set for Tuesday, June 10, 2014, at 9:30 a.m.  The Court

20   finds that the ends of justice served by granting such a continuance outweigh the best interests of

21   the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for

22   the reasons stated in the parties' May 9, 2014, stipulation, the time within which the trial of this

23   matter must be commenced under the Speedy Trial Act is excluded during the time period from

24   the date of this stipulation, May 19, 2014, through and including June 10, 2014, pursuant to 18

25   U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

26   DATED: May 19, 2014

27                                        /s/ JOHN A. MENDEZ
                                          Hon. John A. Mendez
28                                        United States District Court Judge