1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700

5  Attorney for Defendant
6  SERGIO MARTINEZ-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-cr-189 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | ) | |
| SERGIO MARTINEZ-ROSAS, | ) | Date:  July 29, 2014 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge:  Honorable John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through NIRAV DESAI, Assistant U.S. Attorney, and defendant, SERGIO MARTINEZ-ROSAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, July 1, 2014 be vacated, and a new status conference date of Tuesday, July 29, 2014, at 9:30 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, June 30, 2014, through and including the date of the new status conference hearing, July 29, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends

of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 30, 2014

                          Respectfully submitted,

                          HEATHER E. WILLIAMS
                          Federal Defender

                          */s/ Matthew C. Bockmon*
                          MATTHEW C. BOCKMON
                          Assistant Federal Defender
                          Attorney for SERGIO MARTINEZ-ROSAS

DATED: June 30, 2014           BENJAMIN B. WAGNER
                          United States Attorney

                          /*s/ Matthew C. Bockmon for*
                          NIRAV DESAI
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

**ORDER**

    Based on the reasons set forth in the stipulation of the parties filed on June 30, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, July 1, 2014, be vacated and that the case be set for Tuesday, July 29, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 30, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 30, 2014, through and including July 29, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: June 30, 2014

                          /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Court Judge