1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  SERGIO MARTINEZ-ROSAS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   Case No. 12-cr-189 JAM
                                       )
11              Plaintiff,             )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE AND TO EXCLUDE
12       v.                            )   TIME
                                       )
13  SERGIO MARTINEZ-ROSAS,             )   Date:   August 26, 2014
                                       )   Time:   9:30 a.m.
14              Defendant.             )   Judge:  Honorable John A. Mendez
                                       )
15  _____

16
        It is hereby stipulated and agreed to by and between the United States of America,
17
   through NIRAV DESAI, Assistant U.S. Attorney, and defendant, SERGIO MARTINEZ-
18
   ROSAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the
19
   status conference for Tuesday, July 29, 2014 be vacated, and a new status conference date of
20
   Tuesday, August 26, 2014, at 9:30 a.m., be set.
21
        The reason for the continuance is to permit counsel to continue in negotiations with the
22
   prosecution in attempt to reach a resolution and to meet with the defendant to discuss various
23
   resolutions.
24
        It is further stipulated that the time period from the date of this stipulation, July 28, 2014,
25
   through and including the date of the new status conference hearing, August 26, 2014, shall be
26
   excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4,
27
   due to the need to provide defense counsel with the reasonable time to prepare, and that the ends
28

1   of justice to be served by granting the continuance outweigh the best interests of the public and

2   the defendant in a speedy trial.

3   DATED: July 28, 2014

                                    Respectfully submitted,

4

5                                   HEATHER E. WILLIAMS
                                    Federal Defender

6

7                                   */s/ Matthew C. Bockmon*
                                    MATTHEW C. BOCKMON

8                                   Assistant Federal Defender

9                                   Attorney for SERGIO MARTINEZ-ROSAS

10  DATED: July 28, 2014            BENJAMIN B. WAGNER
                                    United States Attorney

11

12                                  */s/ Matthew C. Bockmon for*

13                                  NIRAV DESAI
                                    Assistant U.S. Attorney

14                                  Attorney for Plaintiff

15                                  **ORDER**

16          Based on the reasons set forth in the stipulation of the parties filed on July 28, 2014, and

17  good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT

18  IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, July 29,

19  2014, be vacated and that the case be set for Tuesday, August 26, 2014, at 9:30 a.m.  The Court

20  finds that the ends of justice served by granting such a continuance outweigh the best interests of

21  the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for

22  the reasons stated in the parties' July 28, 2014, stipulation, the time within which the trial of this

23  matter must be commenced under the Speedy Trial Act is excluded during the time period from

24  the date of this stipulation, July 28, 2014, through and including August 26, 2014, pursuant to 18

25  U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

26  DATED: July 28, 2014

27                                  /s/ John A. Mendez_____
                                    Hon. John A. Mendez

28                                  United States District Court Judge