HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO MARTINEZ-ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-cr-189 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| SERGIO MARTINEZ-ROSAS, | Date:  September 23, 2014<br>Time:  9:30 a.m.<br>Judge: Honorable John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to by and between the United States of America, through NIRAV DESAI, Assistant U.S. Attorney, and defendant, SERGIO MARTINEZ-ROSAS, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, August 26, 2014 be vacated, and a new status conference date of Tuesday, September 23, 2014, at 9:30 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, August 22, 2014, through and including the date of the new status conference hearing, September 23, 2014, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and

that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 22, 2014

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ Matthew C. Bockmon*
        MATTHEW C. BOCKMON
        Assistant Federal Defender
        Attorney for SERGIO MARTINEZ-ROSAS

DATED: August 22, 2014        BENJAMIN B. WAGNER
        United States Attorney

        /*s/ Matthew C. Bockmon for*
        NIRAV DESAI
        Assistant U.S. Attorney
        Attorney for Plaintiff

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed on August 22, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, August 26, 2014, be vacated and that the case be set for Tuesday, September 23, 2014, at 9:30 a.m. The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 22, 2014, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, August 22, 2014, through and including September 23, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: August 22, 2014

        /s/ John A. Mendez
        Hon. John A. Mendez
        United States District Court Judge