BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-189 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SERGIO MARTINEZ-ROSAS, | DATE: October 28, 2014 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 28, 2014.

2.     By this stipulation, defendant now moves to continue the status conference until November 4, 2014 at 9:30 a.m., and to exclude time between October 28, 2014, and November 4, 2014 at 9:30 a.m., under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes 104 pages of documents from the defendant's immigration file.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     On October 15, 2014, counsel for defendant provided discovery to the

1    government.  A revised plea offer is now pending with the defendant.

2          c)      Counsel for defendant desires additional time to review the offer with defendant

3    in light of the discovery produced to date, including translation of the proposed plea agreement

4    with her client by a certified Spanish language interpreter.

5          d)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny her the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8          e)      The government does not object to the continuance.

9          f)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of October 28, 2014 to November 4,

14   2014 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

15   [Local Code T4] because it results from a continuance granted by the Court at defendant's

16   request on the basis of the Court's finding that the ends of justice served by taking such action

17   outweigh the best interest of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

2          4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

3   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4   must commence.

5          IT IS SO STIPULATED.

6

7

8   Dated:  October 27, 2014                    BENJAMIN B. WAGNER
                                                 United States Attorney
9

10                                              /s/ NIRAV K. DESAI
                                                NIRAV K. DESAI
11                                              Assistant United States Attorney

12

13  Dated:  October 27, 2014                    /s/ Nirav K. Desai, for Dina
                                                Santos (auth. on 10/27/14)
14                                              DINA SANTOS, ESQ.
                                                Counsel for Defendant
15

16

17

18                             **FINDINGS AND ORDER**

19          IT IS SO FOUND AND ORDERED this 27th day of October,  2014.

20

21                                              /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
22                                              UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT